# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-459-FDW-DCK

| | |
|---|---|
| ANGELA ADAMS, | |
| Plaintiff, | **ORDER** |
| v. | |
| OCTAPHARMA PLASMA, INC., | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay All Case Deadlines Pending The Filing Of A Consolidated Complaint, Or In The Alternative, To Extend The Deadline For Defendant To Respond To Plaintiffs' Complaint" (Document No. 6) filed June 6, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that "Joint Motion To Stay All Case Deadlines Pending The Filing Of A Consolidated Complaint, Or In The Alternative, To Extend The Deadline For Defendant To Respond To Plaintiffs' Complaint" (Document No. 6) is **GRANTED with modification**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** pending a decision on "Plaintiff's Amended Motion To Consolidate" 3:24-CV-424-MOC-SCR, (Document No. 5). If "Plaintiff's Amended Motion To Consolidate" is denied, Defendants in this case shall file an Answer, or other responsive pleading, within **fourteen (14) days** of the decision denying "Plaintiff's Amended Motion To Consolidate."

**SO ORDERED**.

Signed: June 6, 2024

David C. Keesler
United States Magistrate Judge